**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
KEVIN D. ROFHEART
MAYA ROFHEART

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  18-26940JKS

HEARING DATE:  10/25/2018

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

    Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to provide proof of income.

    The debtor has failed to provide profit and loss statements for the business income reported. The debtor must provide monthly reports for the six month period preceding this filing as well as each month until the case is confirmed.  Business bank statements must accompany the profit and loss statement.

- Failed to file all schedules. Form 122C incomplete.

    WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  September 25, 2018

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee