Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JOHN K. SHERWOOD
CASE NO. 18-26940-JKS

Chapter 13

In the Matter of:

    KEVIN D. ROFHEART, DBA TRADE
    MEDIA PARTNER, LLC AND MAYA
    ROFHEART,

                Debtors.

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN

    M&T Bank (hereinafter "M&T") by its attorneys Schiller, Knapp, Lefkowitz, & Hertzel, LLP, as and for its objection to the Modified Chapter 13 plan of the Debtors, states as follows:

    1.    The Court has jurisdiction over this objection pursuant to 28 U.S.C. §157(b)(2)(L), 28 U.S.C. §1334, and 11 U.S.C. §§1322 and 1325.  This is a core proceeding.

### Background

    2.    M&T is a secured creditor in the above-referenced bankruptcy case.  On June 21, 2010, Debtors borrowed $462,000.00 from Hudson City Savings Bank.  The loan was evidenced by a note, which was secured by a mortgage on real property commonly known as 43 Country Squire Rd, Old Tappan, NJ 07675.  M&T Bank is successor by merger to Hudson City Savings Bank.

### Basis for Objection to Confirmation of Plan

    3.    The Debtors filed for relief under Chapter 13 on August 23, 2018.

4.          According to the information provided by M&T, the pre-petition arrears were $197,438.36 as of the date of filing.

5.          The Modified Chapter 13 Plan (the "Plan") fails to provide for payment of the arrears due and owing M&T. The Plan proposes a loan modification but wholly fails to address the arrears in the event loss mitigation is not successful.

<u>Conclusion</u>

6.          As set forth hereinabove, the Debtor's plan fails to comply with the provisions of 11 U.S.C.1322(b)(2) by failing to provide for full payment to M&T, and upon the further grounds that the plan is underfunded and it is infeasible based on the debtor's budget.

WHEREFORE, M&T Bank respectfully requests that the Court deny confirmation of the debtors' Modified Chapter 13 Plan for the reasons hereinabove set forth unless modified to reflect the proper treatment of its claim as detailed above and for such other and further relief as to the Court may seem just and proper.


DATED:          October 25, 2018

                                        _/s/ Richard J Tracy_____
                                        Richard J Tracy, III, Esq. ID #079152013
                                        SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                        30 Montgomery Street
                                        Suite 1205
                                        Jersey City, New Jersey 07302
                                        Tel. (518) 786-9069
                                        E-Mail: RTracy@schillerknapp.com

TO:    Marie-Ann Greenberg, Esq. (Trustee)
        Chapter 13 Standing Trustee
        30 Two Bridges Road, Suite 330
        Fairfield, New Jersey  07004

        Cassandra C. Norgaard, Esq. (Debtor's Counsel)
        184 Grand Avenue
        Englewood, New Jersey  07631

18-09668