| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Richard J Tracy, III, Esq. (ID #079152013)<br>SCHILLER, KNAPP, LEFKOWITZ &<br>HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, M&T Bank |

**Order Filed on December 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In Re:<br><br>    KEVIN D. ROFHEART,<br>    DBA TRADE MEDIA PARTNER, LLC<br>    AND MAYA ROFHEART,<br><br>                  Debtors. | Case No.: 18-26940-JKS<br><br>Judge.: John K. Sherwood<br><br>Chapter: 13 |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: December 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, M&T Bank

In Re:

    KEVIN D. ROFHEART,
    DBA TRADE MEDIA PARTNER, LLC
    AND MAYA ROFHEART,

    Debtors.

Case No.: 18-26940-JKS

Judge.: John K. Sherwood

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

WHEREAS, M&T Bank (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1.    The debtor acknowledges the pre-petition arrears owed to the Creditor in the amount of $197,438.36.

2.    The debtor shall make adequate protection payments in the amount of $2,496.19, while pursuing loss mitigation, directly to the creditor and outside the Chapter 13 Plan.

3. The debtor shall pursue loss mitigation with the Creditor. In the event debtor is unable to enter a loan modification with the Creditor by June 1, 2019, or unless extended by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

| | |
|---|---|
| Richard J Tracy, Esq.<br>Attorney for Creditor<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>30 Montgomery St, Suite 1205<br>Jersey City, New Jersey 07302 | Cassandra C. Norgaard, Esq.<br>Attorney for Debtor<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, New Jersey 07631 |
| Dated: 12/17, 2018 | Dated: 12/17, 2018 |